AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND and GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

CHAS. MILLER CO.
a/k/a Charles Miller Company
a/k/a Charles Miller Co.

CASE

Case: 1:08-cv-00651
Assigned To : Robertson, James
Assign. Date : 4/14/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

CHAS. MILLER CO.
484 Greenville Avenue
Johnston, RI 02919

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

APR 1 4 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5/8/08 |
| NAME OF SERVER (PRINT) James F Mallinson | TITLE RI Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Corporate Service: Alyssa Kelly process specialist for Igliozzie + Reis As the Registered Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/8/08            James F Mallinson   6174
                Date                    Signature of Server

7 Eva Lane, Cranston, RI
Address of Server

**Legal Errands, Inc.**
PO Box 24866
Philadelphia, PA 19130
215-751-1124

Alyssa Kelly
Alyssa Kelly
Secretary
Igliozzi Reis

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.