**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

INTERNATIONAL PAINTERS AND         :
ALLIED TRADES INDUSTRY PENSION     :
FUND, *et al.*,                    :
                                   :
    Plaintiffs,             :
                                   :
  v.                               : Civil Action No. 08-0651 (JR)
                                   :
CHAS. MILLER CO.,                  :
                                   :
    Defendant.              :

### ORDER

    If plaintiff has a motion for default judgment, let it be filed no later than July 15, 2008.


                                    JAMES ROBERTSON
                        United States District Judge